United States District Court
Southern District of Texas
**ENTERED**
August 18, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| **RENE RAMIREZ, *et al.*,** | § | |
| ***Plaintiffs*,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 7:26-CV-00316** |
| | § | |
| **APEX BANK,** | § | |
| | § | |
| ***Defendant*.** | § | |

**ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Pending before the Court is the July 16, 2026, Report and Recommendation ("R&R") prepared by Magistrate Judge Nadia S. Medrano. (Dkt. No. 10). Judge Medrano made findings and conclusions and recommended that Defendant's "Emergency Motion to Dissolve Temporary Restraining Order," (Dkt. No. 3), be granted, that the Temporary Restraining Order be dissolved, and that Plaintiff's attorney be sanctioned in the amount of $4,512.

The time for filing objections has passed, and no objections have been filed. Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Report and Recommendation for plain error.[1] Finding no plain error, the Court accepts the Report and Recommendation and adopts it in its entirety as the opinion of the Court.

Accordingly, it is hereby **ORDERED** that:

[1] *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005).

(1) Judge Medrano's R&R (Dkt. No. 10), is **ACCEPTED** and **ADOPTED** in its entirety as the holding of the Court;

(2) Defendant's "Emergency Motion to Dissolve Temporary Restraining Order" (Dkt. No. 3) is **GRANTED**;

(3) the Temporary Restraining Order is **DISSOLVED**;

(4) Plaintiff's attorney, Dennis Ramirez, is **SANCTIONED** in the amount of $4,512 for violating Rule 11 of the Federal Rules of Civil Procedure; and

(5) Plaintiffs are **ENJOINED** from filing any future action related to this lawsuit's subject matter in federal court in Texas, unless first granted leave by the Court.

It is SO ORDERED.

Signed on August 18, 2026.

**JOHN G.E. MARCK**
**UNITED STATES DISTRICT JUDGE**